IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KAYLA CORREA,<br><br>Plaintiff,<br><br>vs.<br><br>UMIA INSURANCE, INC.,<br><br>Defendant. | CV 25–60–BU–DLC<br><br>ORDER |

Before the Court is Defendant UMIA Insurance, Inc.'s Unopposed Motion to Appear Via Zoom. (Doc. 51.) Defendant requests leave for their corporate representative to attend the motion hearing set for November 19, 2026 remotely via Zoom, with counsel to appear in person. (Doc. 51 at 1.) Accordingly,

IT IS ORDERED that Defendant UMIA Insurance, Inc.'s corporate representative may attend the November 19, 2026 motion hearing remotely via Zoom. Counsel for Defendant will contact the office of the Clerk of Court for the Zoom link in advance of the hearing.

DATED this 17th day of November, 2026.

Dana L. Christensen, District Judge
United States District Court